# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TOM WILLIE WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV411-186 |
| | ) |
| JOHN C. PRIDGEN, ALLISON K. COOK, and TRACY STEPHEN, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Civil rights plaintiff Tom Willie Web has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of misconduct by government officials in Fitzgerald, Georgia, which is within the jurisdiction of the United States District Court for the Middle District of Georgia. (Doc. 1.) Since his claims have no connection to this District whatsoever, and since he does not allege that any defendant resides here, Webb's case must be transferred to the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90(b)(4) (Ben Hill County, which holds the city of Fitzgerald, lies within the Middle District's Americus Division). Accordingly, the Clerk is

**DIRECTED** to transfer this case to the United States District Court for the Middle District of Georgia for all further proceedings.

**SO ORDERED** this ___1st___ day of August, 2011.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA